United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN OLIVEROS,  No. C-13-04970 SI (DMR)

    Plaintiff(s),  **ORDER VACATING SETTLEMENT CONFERENCE**

    v.

SIEMENS INDUSTRY INC,

    Defendant(s).
_____/

The court has reviewed the parties' joint request to vacate the September 19, 2014 settlement conference. [Docket No. 36.] The joint request represents that the parties are engaged in direct negotiations and that the matter may settle within 30 days without the assistance of a neutral. The court finds good cause to vacate the September 19, 2014 settlement conference. By **October 7, 2014**, the parties shall file a joint letter directed to Judge Ryu providing an update (but not content) on the status of settlement discussions, with sufficient information for the court to determine whether and when to reschedule a settlement conference.

IT IS SO ORDERED.

Dated: September 10, 2014



_____
DONNA M. RYU
United States Magistrate Judge