| | |
|---|---|
| 1 | GREGORY G. ISKANDER, Bar No. 200215 |
| | LITTLER MENDELSON, P.C. |
| 2 | Treat Towers |
| | 1255 Treat Boulevard, Suite 600 |
| 3 | Walnut Creek, California  94597 |
| | Telephone:    925.932.2468 |
| 4 | Facsimile:     925.946.9809 |
| | giskander@littler.com |
| 5 | |
| | ALEXIS A. SOHRAKOFF, Bar No. 273410 |
| 6 | LITTLER MENDELSON, P.C. |
| | 650 California Street, 20th Floor |
| 7 | San Francisco, California  94104-2693 |
| | Telephone:    415.433.1940 |
| 8 | Facsimile:     415.399.8490 |
| | asohrakoff@littler.com |
| 9 | |
| | Attorneys for Defendant |
| 10 | SIEMENS INDUSTRY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | MARVIN OLIVEROS, on behalf of himself and all others similarly situated, and the general public, | Case No.  C-13-04970 SI (DMR) |
| 15 | | **NOTICE OF SETTLEMENT** - ORDER RE: |
| 16 | Plaintiff, | FURTHER CASE MANAGEMENT CONFERENCE CONTINUED TO 12/12/14, AT 3:00 P.M. |
| 17 | v. | |
| 18 | SIEMENS INDUSTRY, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| 20 | Defendant. | |

IT IS SO ORDERED

*/s/ Susan Illston*
Judge Susan Illston

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SETTLEMENT                                Case No. C-13-04970-SI (DMR)

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that the parties have reached settlement of all of the issues in this action. A Request for Dismissal will be filed on or before December 1, 2014, as soon as all conditions of the settlement agreement have been met. A case management conference is currently scheduled for October 17, 2014. The parties respectfully request that the Court vacate all current hearings in light of the settlement.

Dated: October 7, 2014

*/S/ Alexis A. Sohrakoff*
GREGORY G. ISKANDER
ALEXIS A. SOHRAKOFF
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Siemens Industry, Inc.

Firmwide:129332936.1 070784.1010

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SETTLEMENT         1.         Case No. C-13-04970-SI (DMR)