1  MICHAEL HOFFMAN, Bar No. 154481
   LEONARD EMMA, Bar No. 224483
2  EMPLOYMENT LAWYERS
   580 California Street, Suite 1600
3  San Francisco, California  94104
   Telephone:    415.362.1111
4  Facsimile:     415.362.1112

5  Attorneys for Plaintiff
   MARVIN OLIVEROS, et al.

6

7  GREGORY G. ISKANDER, Bar No. 200215
   LITTLER MENDELSON, P.C.
   1255 Treat Boulevard, Suite 600
8  Walnut Creek, California  94597
   Telephone:    925.932.2468
9  Facsimile:     925.946.9809
   giskander@littler.com

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| MARVIN OLIVEROS, on behalf of himself and all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.  C-13-04970 SI (DMR)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

GRANTED

Judge Susan Illston

---

STIPULATION FOR DISMISSAL WITH PREJUDICE

Case No. C-13-04970-SI (DMR)

IT IS HEREBY STIPULATED by and between Plaintiff Marvin Oliveros, and Defendant Siemens Industry, Inc., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted individually by Plaintiff Marvin Oliveros be, and are hereby, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1), and that all class claims brought on behalf of individuals other than Plaintiff Marvin Oliveros be dismissed WITHOUT PREJUDICE.  The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

Dated: November 13, 2014

>*/S/ Leonard Emma*
> MICHAEL HOFFMAN
> LEONARD EMMA
> EMPLOYMENT LAWYERS
> Attorneys for Plaintiff
> Marvin Oliveros, et al.

Dated: November 13, 2014

>*/S/ Gregory G. Iskander*
> GREGORY G. ISKANDER
> ALEXIS A. SOHRAKOFF
> LITTLER MENDELSON, P.C.
> Attorneys for Defendant
> Siemens Industry, Inc.

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2014

>*/S/ Gregory G. Iskander*
> GREGORY G. ISKANDER
> LITTLER MENDELSON
> Attorneys for Defendant
> SIEMENS INDUSTRY, INC.